Opinion filed April 30, 2021



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00058-CV
_____

## PRECISION AMMUNITION, GARY PHILLIPS, AND MATT CAMPBELL, Appellants

## V.

## COLORADO FIREARMS AMMUNITION AND ACCESSORIES, LLC. D/B/A CENTENNIAL GUN CLUB, LLC, Appellee

On Appeal from the 29th District Court

Palo Pinto County, Texas

Trial Court Cause No. C49785

## M E M O R A N D U M   O P I N I O N

Appellants—Precision Ammunition, Gary Phillips, and Matt Campbell—have filed in this court an unopposed motion to dismiss this appeal. In the motion, Appellants state that the parties have resolved the dispute at issue in the underlying suit and that this appeal is now moot. Appellants also state that the motion to dismiss

is unopposed.  Appellants request that we dismiss this appeal.  In accordance with Appellants' request, we dismiss this appeal.  *See* Tᴇx. R. Aᴘᴘ. P. 42.1.

Appellants' motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

April 30, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.